**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **17-06123-jw**

**Consent Order**

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**02/27/2018**



*/s/ John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 02/28/2018

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>Charity Headden,<br><br>                          Debtor(s). | C/A No. 17-06123-jw<br><br>Chapter 13<br><br>**CONSENT ORDER VACATING**<br>**CONSENT ORDER REQUIRING LM/MM**<br>**AND ORDER APPOINTING MEDIATOR** |

      This matter comes before the Court upon agreement of the Debtor(s), the Mediator, and Shellpoint Mortgage Servicing to vacate the Consent Order Requiring Loss Mitigation Mortgage Modification (ECF 22) and the Order Appointing Mediator (ECF 23).

      On January 16, 2018, Debtor filed Proposed Consent Order Requiring Loss Mitigation/Mortgage Modification and Proposed Order Appointing Mediator. The Court entered the Consent Order Requiting Loss Mitigation/Mortgage Modification and the Order Appointing Mediator on January 26, 2018.

      The Trustee objected to the Chapter 13 Plan filed on December 20, 2017 because the Chapter 13 Plan proposed to resume and cure on the mortgage debt and to apply for loss mitigation simultaneously.

      On February 7, 2018, Debtor filed Pre-Confirmation Modified Chapter 13 Plan which proposes to resume and cure on the mortgage debt without pursuing loss mitigation.

      The Debtor is no longer seeking loss mitigation through her Chapter 13 plan; therefore, the Debtor requests that the Consent Order Requiring Loss Mitigation/Mortgage Modification and the Consent Order Appointing Mediator be vacated.

      With the consent of the parties, it is hereby

      **ORDERED** that the Consent Order Requiring Loss Mitigation/Mortgage Modification and the Order Appointing Mediator be vacated.

      **AND IT IS SO ORDERED.**

  /s/ Louise Johnson_____
Louise Johnson, 7509
Attorney for Mortgage Creditor
Scott & Corley
2712 Middleburg Drive, Suite 200
Columbia SC 29204
ceasiej@scottandcorley.com
803-252-3340


  /s/ John B Butler III_____
John B Butler III, 1632

Mediator for LM/MM
1217 Anthony Ave
Columbia SC 29201
jbbiii@bellsouth.net
803-256-9661

_/s/ David C Gaffney_____
David C Gaffney, 10112
Attorney for Debtor
Gaffney Law Firm, P. A.
PO Box 3966, West Columbia, SC 29171
david@gaffneylawfirm.com
803-781-0500 phone
803-454-9900 fax